United States District Court
Southern District of Texas
**ENTERED**
January 26, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| PETER EGWURUBE, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 3:20-CV-00292 |
| | § | |
| DISCOVER FINANCIAL SERVICES. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On November 2, 2020, all non-dispositive pretrial matters in this case were referred to United States Magistrate Judge Andrew M. Edison pursuant to 28 U.S.C. § 636(b)(1)(A). Dkt. 11. On January 4, 2021, Judge Edison filed a memorandum and recommendation (Dkt. 20) recommending that Discover Financial Services' Motion to Dismiss Plaintiff's Amended Complaint (Dkt. 16) be granted, and that this case be dismissed.

No objections have been filed to the memorandum and recommendation. Accordingly, the court reviews it for plain error on the face of the record. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the court finds that there is no plain error apparent from the face of the record. Accordingly:

(1) Judge Edison's memorandum and recommendation (Dkt. 20) is approved and adopted in its entirety as the holding of the court;

(2) Discover Financial Services' motion to dismiss (Dkt. 16) is granted; and

(3) this case is dismissed.

Signed on Galveston Island this 26th day of January 2021.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE